OFFICERS AND STAFF

OUR MISSION
SOCIETY EVENTS
SOCIETY MEMBERSHIP
SOCIETY SUPPORT
ACQUISITIONS PROGRAM
PUBLIC PROGRAMS
OFFICERS & STAFF
SOCIETY AWARDS
SOCIETY STATE CHAIRS
FINANCIAL REPORT

Exhibits of Hate Crimes Act on June 5, 2017

# Officers and Staff of the Society

## Officers

Ralph I. Lancaster Jr., Chair of the Board of Trustees

Gregory P. Joseph, President

Vincent C. Burke, III, Vice President, Chair, Gift Shop Committee

Dorothy Tapper Goldman, Vice President, Chair Acquisitions Committee, Chair Annual Meeting Committee

Jerome B. Libin, Vice President

Mrs. Thurgood Marshall, Vice President

Chilton D. Varner, Vice President

Carter G. Phillips, Treasurer and Budget and Finance Committee

Philip J. Kessler, Secretary

Robert E. Juceam, General Counsel

ecohenogf.org

Donald B. Ayer, Chair, Publications Committee

Robert J. Giuffra. Jr., Chair Development Committee

Kenneth S. Geller, Chair, Programs Committee

Frank B. Gilbert, Chair, Facilities Committee

Robert J. Anello, At Large Member Executive Committee

Charles J. Cooper, At Large Member Executive Committee

Teri P. McClure, At Large Member Executive Committee

James W. Morris, III, At Large Member Executive Committee

John M. Nannes, At Large Member Executive Committee

James B. O'Hara, Chair, Library Committee

The Honorable Theodore B. Olson, At Large Member Executive Committee

The Honorable Leon B. Polsky, At Large Member Executive Committee

Doc Schneider, At Large Member Executive Committee

The Honorable Seth P. Waxman, At Large Member Executive Committee




## Staff

David T. Pride, Executive Director

Kathleen Shurtleff, Assistant Director



Sean Burchett, IT Director

Clare Cushman, Director of Publications

Kelly Harris, Gift Shop Manager

Jennifer Lowe, Director of Programs and Strategic Planning

Orazio Miceli, Director of Membership

Janet Tramonte, Director of Development





224 East Capitol St. N.E. Washington, D.C. 20003 | 202.543.0400 Phone | 202.547.7730 Fax



THE CURRENT COURT

THE CURRENT COURT
TIMELINE OF THE JUSTICES
HISTORICAL DOCUMENTARIES
HISTORY OF THE COURT
HOMES OF THE COURT
COURT HISTORY QUIZZES
ORAL ARGUMENTS
SUPREME COURT APPOINTMENTS



## The Current Court

Seated left to right: Justice Clarence Thomas, Justice Antonin Scalia (deceased), Chief Justice John G. Roberts, Justice An M. Kennedy, Justice Ruth Bader Ginsburg.

Standing left to right: Justice Sonia Sotomayor, Justice Stephen G. Breyer, Justice Samuel A. Alito, Jr., Justice Elena Ka

Not Pictured: Justice Neil M. Gorsuch

*Image Credit: Collection of the Supreme Court of the United States, Photographer: Steve Petteway*

*Audio snippets of each Justice speaking are intended to give a sense of the sound of the Justice's voice and how he or she questions or spoke from the bench. Generally, the clips feature the first time a Justice spoke at oral argument or announce opinion. Because of poor audio quality, however, sometimes we have substituted a clip from later in their first term.*

*Thanks to Pat Ward for providing the sound engineering and to Jerry Goldman for permission to use material from Oyez P*




3

**The Supreme Court Historical Society**



**42nd Annual Lecture**
**June 5, 2017**

**President Emeritus John Sexton**
***"Warren Burger, The Court, and Society"***
**Supreme Court of the United States**

BethMARCUS @ VERIZON.net Penn Quarter
Nat'l Archives - Constitution Ave, NW
7th + 9th - FTR: 4:40

Witness to assault — she sat near me and was our tour guide — She was wonderful

EXHIBIT C

(4)

1) Denied due to failure to exhaust state remedies.
2) 9th Judicial District Judge Jame B. Boyd still has the petitions on his desk - refused to schedule habeas corpus hearing
3) Rule of 4 - not followed April 13 2017 when my cases were reviewed Gorsuch was sworn in 4-10-17
4) Original jurisdiction between 2 states - DC?
5) Judicial Review of 2009

Matthew Shepard



# FORTY-SECOND ANNUAL MEETING
## MONDAY, JUNE 5, 2017

| | |
|---|---|
| | **Tour of Supreme Court Building*** |
| **12:30 p.m.** | Assemble at John Marshall Statue on First Floor |
| **or** | |
| **3 p.m.** | Supreme Court Chamber |
| **2:00 p.m.** | **Annual Lecture** - *Warren Burger, The Court, and Society*<br>John E. Sexton<br>(Reservations required)<br>Supreme Court Chamber |
| **6:30 p.m.** | **Annual Meeting of the Board of Trustees**<br>Supreme Court Chamber |
| **7:00 p.m.** | **Reception**<br>Supreme Court Conference Rooms<br>(Reservations required) |
| **8:00 p.m.** | **Forty-Second Annual Dinner**<br>The Great Hall<br>(Black Tie) |






# Forty-Second Annual Meeting and Dinner *of the* Supreme Court Historical Society

Monday, June 5, 2017

**Forty-Second Annual Meeting Chair**
Dorothy Tapper Goldman

**Board of Trustees**

**Honorary Chairman**
Chief Justice John G. Roberts, Jr.

**Honorary Trustee**
Sandra Day O'Connor

**'resident**
ory P. Joseph

**Chairman**
Ralph I. Lancaster, Jr.

**Vice Presidents**

ıt C. Burke III
Jerome B. Libin
Mrs. Thurgood Marshall
Tapper Goldman
Chilton D. Varner

**Secretary**
Philip J. Kessler

**Treasurer**
Carter G. Phillips

## Trustees

.UCE ALVERSON
N AMINI
ERT J. ANELLO
:R G. ANGELOS
'OLPH ARAGON
.RIE BASS
ID J. BECK
: W. BERGER
NIS J. BLOCK
CY BRENNAN
I S. BRINKMANN
MAN M. BROTHERS JR.
NORA BURGER
DLEY J. BUTWIN
V R. CHESLER
. D. CLEMENT
ERT A. CLIFFORD
K S. COHEN
RLES J. COOPER
IAEL A. COOPER
D G. COSENZA
HEN A. COZEN
LAN R. CROW
IARD CULLEN
RIE WEBB DANIEL
:KETT B. DENNISTON III
RLES W. DOUGLAS
S C. DUFF
IEL A. ESTRADA
S R. FIGLIULO
D C. FREDERICK
;ORY S. GALLOPOULOS
WILLIAM J. HAYNES II
BENJAMIN W. HEINEMAN
PAUL C. HILAL
A. E. DICK HOWARD
CHRISTY D. JONES
ROBB M. JONES
BRAD S. KARP
NEAL KATYAL
AUGUST P. KLEIN
DANIEL F. KOLB
PHILIP ALLEN LACOVARA
CHRISTOPHER LANDAU
THOMAS C. LEIGHTON
DAVID G. LEITCH
ALAN LEVINE
LEWIS J. LIMAN
ROBERT A. LONG
JOAN A. LUKEY
THURGOOD MARSHALL JR.
DEANNE E. MAYNARD
TERI P. MCCLURE
WILLIAM G. MCGUINNESS
JAMI WINTZ MCKEON
LEE I. MILLER
PATRICIA ANN MILLETT
JEFFREY P. MINEAR
THEODORE N. MIRVIS
STEVEN F. MOLO
MICHAEL E. MONE
LUCAS E. MOREL
JAMES W. MORRIS III
GARY P. NAFTALIS
BARRY R. OSTRAGER
ELIZABETH P. PAPEZ
MICHAEL H. PARK
R. HEWITT PATE
LEON B. POLSKY
ROBERT E. PRICE
JAMES W. QUINN
JOHN B. QUINN
HARRY M. REASONER
ABRAHAM C. REICH
TERESA WYNN ROSEBOROUGH
JONATHAN M. ROZOFF
DAVID M. RUBENSTEIN
JONATHAN D. SCHILLER
RICHARD A. SCHNEIDER
JAY A. SEKULOW
KELLY J. SHACKELFORD
PRATIK A. SHAH
STEVEN R. SHAPIRO
JOHN S. SIFFERT
PAUL M. SMITH
KENNETH W. STARR
MATHEW D. STAVER
CATHLEEN DOUGLAS STONE
JEFFREY E. STONE
STEPHEN D. SUSMAN
THEODORE W. ULLYOT
ANTON R. VALUKAS
PAUL R. VERKUIL
ALAN B. VICKERY
JAMES L. VOLLING
SETH P. WAXMAN

tabbies
EXHIBIT
F

7

# SUPREME COURT HISTORICAL SOCIETY 42ND ANNUAL MEETING 2017



EXHIBIT G

Dear Janet, June 12, 2017

Please keep my check for the 42nd Historical Society Annual Meeting and Dinner. It was a gift from my children for mothers day and I am chosing to accept it to apply to the same events in 2018.

I am still missing the $400.00 check sent to you the day I recieved the invitation. I notice you listed my address as NE but I am at 110 D. St. SE #505 Washington, DC. 20003. Could you see if you can find it? By May 15th I had written $800.00 worth of checks to the Supreme Court Historical Society. Please circulate this to others. My friend Derek ~~Bittner~~ Barmer and his wife Sandy had another ticket and gave it to me around noon on June 5, 2017 but Jennifer Lowe disallowed their gift to me. I look forword to future events. Blessings & gratitude

The Supreme Court Historical Society
Opperman House
224 East Capitol St, N.E.
Washington, D.C. 20003






U.S. POSTAGE
$3.84
FCML 0000
Orig: 20510
Dest: 20003
06/07/17
11082686
R2305P150053
06 2S

Dr. Jan B. Hamilton
110 D Street SE
Washington DC 20003




20003-181430


Jan Hamilton
PO Box 8458
Aspen, CO 81612

1297
88-1087/1113

Date 5-15 2017

Pay to the order of The Supreme Court Historical $ 400.00

Four hundred & 00/100 ~~Sixty~~ Dollars

HAPPY STATE BANK AND TRUST COMPANY

For ticket - 42nd Dinner

Jan Hamilton

⑆111310870⑆ ⑈114893⑈ 1297



**About the Co-Sponsors:**

**THE SUPREME COURT HISTORICAL SOCIETY** serves the Court, the legal profession, historians and the public. The Society is a private, not-for-profit organization dedicated to the preservation and dissemination of historical information about the Supreme Court of the United States through educational programs, publications, scholarship, and the acquisition of Court-related antiques and artifacts.

**THE SUPREME COURT FELLOWS ALUMNI ASSOCIATION** was established to provide a network through which former Fellows can remain connected and continue to exchange ideas. Its goals include, among other things, supporting and enhancing the fellowship program's efforts to improve public understanding of the judiciary, and providing a mentoring group for the current class of Fellows. The Alumni Association currently has 122 members working in a wide range of professional disciplines in locations across the country and the globe.

**RESERVATIONS**

Tickets are $25. Advance reservation is required; seating is limited. The Society confirms all requests for reservations in writing. Please visit our website at **www.supremecourthistory.org/events**, or call 202-543-0400 to make reservations, or return the enclosed reply card.

**LOCATION**

The panel will be held at the Supreme Court of the United States, One First Street NE, Washington, DC. Due to security requirements, government-issued photo identification such as a driver's license or passport must be presented for admittance to each of the lectures.

202-543 0400




# THE SUPREME COURT HISTORICAL SOCIETY AND THE SUPREME COURT FELLOWS ALUMNI ASSOCIATION

*cordially invite you to attend*

## *GIDEON V. WAINWRIGHT*

### A LOOK BACK ON AN HISTORIC DECISION

MAY 10, 2017 | 6 PM



Wednesday
May 10, 2017
6:00 p.m.

## *Gideon* v. *Wainwright*

A Look Back on an Historic Decision

Chamber
Supreme Court of the
United States

Reception to Follow
East and West Conference Rooms
Supreme Court of the United States



**Join the Supreme Court Historical Society and the Supreme Court Fellows Alumni Association for an engaging discussion on *Gideon* v. *Wainwright* (1963) and its historical context. A reception follows. The discussion will be led by a distinguished panel of jurists and attorneys with decades of experience and insight in criminal law.**

### About the Participants:

**The Honorable James E. "Jeb" Boasberg** was appointed to the U.S. District Court for the District of Columbia in March 2011. Judge Boasberg, a native Washingtonian, served as a law clerk to Judge Dorothy W. Nelson on the U.S. Court of Appeals for the Ninth Circuit. Following his clerkship, he was a litigation associate at Keker & Van Nest in San Francisco from 1991 to 1994 and at Kellogg, Huber, Hansen, Todd & Evans in Washington from 1995 to 1996. In 1996 Judge Boasberg joined the United States Attorney's Office for the District of Columbia as an Assistant United States Attorney, where he served for 5½ years and specialized in homicide prosecutions. In September 2002, Judge Boasberg became an Associate Judge of the District of Columbia Superior Court, where he served in the Civil and Criminal Divisions and the Domestic Violence Branch until his appointment to the federal bench in 2011. Judge Boasberg also serves on the United States Foreign Intelligence Surveillance Court, a position he took in May 2014 after appointment by Chief Justice John Roberts.

**The Honorable Timothy B. Dyk** began his legal career as a Law Clerk to Justices Reed and Burton (retired) from 1961 to 1962, before clerking for Chief Justice Warren from 1962 to 1963, the year Gideon was decided. He was appointed by President William J. Clinton in 2000 to the Court of Appeals for the Federal Circuit. Prior to his appointment, Judge Dyk was Partner and Chair, Issues and Appeals Practice Area, at Jones, Day, Reavis & Pogue from 1990 to 2000. He was Adjunct Professor at Yale Law School from 1986 to 1987 and 1989, at the University of Virginia Law School in 1984 and 1985, from 1987 to 1988, and at the Georgetown University Law Center in 1983, 1986, 1989 and 1991. Judge Dyk was Associate and Partner at Wilmer Cutler & Pickering from 1964 to 1990. From 1963 to 1964, Judge Dyk served as Special Assistant to Assistant Attorney General Louis F. Oberdorfer. Judge Dyk is the co-author of the Chapter on Patents in the Third Edition of the treatise, Business and Commercial Litigation in Federal Courts.

**Jelahn Stewart** is an Assistant United States Attorney, District of Columbia. Ms. Stewart is a career prosecutor with the U.S. Attorney's Office in the District of Columbia. She has served in numerous sections within the office, including work as a criminal prosecutor and an appellate attorney, handling criminal appeals. She has also served as the director of the victim witness section for the U.S. Attorney's Office. She is an adjunct lecturer in the American University's Department of Justice, Law and Criminology.

**Elizabeth C. Woodcock** is an Assistant Attorney General in the Criminal Justice Bureau of New Hampshire. She is a retired federal prosecutor, having served as an assistant United States attorney in the District of Maine, the District of Columbia, and the District of Vermont. She is admitted to practice in New Hampshire, Maine, and Vermont, the District Courts of those three jurisdictions, the United States Court of Appeals for the First Circuit, and the United States Supreme Court. In 1996-97, Ms. Woodcock was a United States Supreme Court Fellow assigned to the United States Sentencing Commission. Upon graduation from law school, she clerked for the Maine Supreme Judicial Court. After clerking, Ms. Woodcock worked for the United States Senate as a legislative assistant. Ms. Woodcock is a trustee emerita of Bowdoin College. She is the secretary of the Supreme Court Fellows Alumni Association and the treasurer of the New Hampshire Chapter of the Federal Bar Association.





Historical Society of the US Supreme Court




All Maps News Images Shopping More Settings Tools

About 8,770,000 results (1.07 seconds)

Supreme Court Historical Society
www.supremecourthistory.org/
The **Supreme Court Historical Society** is dedicated to the collection and preservation of the ... LEGAL EATS: Food and the Culture of the **U.S. Supreme Court**
Events · Society Membership · Publications · Society Info

Society Membership - Supreme Court Historical Society
supremecourthistory.org/socinfo_membership.html
The **Supreme Court Historical Society** is a private non-profit organization, incorporated in the District of Columbia in 1974. The **Society** is dedicated to the collection and preservation of the **history** of the **Supreme Court** of the **United States**.

Supreme Court Historical Society - Society Events
www.supremecourthistory.org/events/
The Annual Lecture will be Warren Burger, The **Court**, and **Society** given by ... For more information and to reserve tickets, please contact our Office at: 202.543. 0400 or jmlowe@**supremecourthistory**.org. ... Site Credits | Site Map | Contact **Us**.

Supreme Court Historical Society - Society Info
supremecourthistory.org/socinfo_home.html
About Our Organization. The **Society**, a private non-profit organization, is dedicated to the collection and preservation of the **history** of the **Supreme Court** of the **United States**. Incorporated in the District of Columbia in 1974, it was founded by Chief Justice Warren E. Burger, who served as its first honorary chairman.

Supreme Court Historical Society - Gift Shop
supremecourtgifts.org/
Home. About **Us**. Contact **Us**. My Account. View Cart/Checkout ... Chef **Supreme**. Price: $24.95. Chef **Supreme** ... The Federal **Courts**. Price: $49.95. The Federal ...

Supreme Court Historical Society - Gift Shop - Miscellaneous Gifts
supremecourtgifts.org/miscellaneousgifts.aspx
Results 1 - 13 of 13 - Contact **Us**. My Account ... Card Case - **Supreme Court** Seal. Price: $29.95 ... Frame - **Supreme Court** Leather Trim 5"x7". Price: $31.95.

Supreme Court Historical Society - Gift Shop - Company
supremecourtgifts.org/about-us.aspx
The **Supreme Court Historical Society** is a private non-profit organization that ... the Gift Shop on the ground floor of the **Supreme Court** of the **United States**.

Supreme Court Historical Society - Wikipedia
https://en.wikipedia.org/wiki/Supreme_Court_Historical_Society
The **Supreme Court Historical Society** is a private, nonprofit organization dedicated to preserving and communicating the history of the **U.S. Supreme Court**.

The Supreme Court Historical Society - Learn NC
www.learnnc org/pddir/supremecthistory
Subjects: social studies (civics and government, **United States history**); Where are ... The **Society's** website has a section on the **history** of the **Supreme Court** with ...

Florida Supreme Court Historical Society - About Us
www.flcourthistory.org/About
Incorporated in 1977, the **Society** is a 501(c)(3) non-profit organization with more than 800 members throughout Florida and elsewhere. It is committed to making ..

Searches related to Historical Society of the US Supreme Court




# The Supreme Court Historical Society

Non-profit organization in Washington, D C , United States of America

**Website** **Directions**

**Address:** 224 East Capitol St NE, Washington, DC 20003

**Hours:** Open today · 10AM–6PM

**Phone:** (202) 543-0400

Suggest an edit · Own this business?

**Write a review** **Add a photo**

Reviews
Be the first to review

**Send to your phone** **Send**

People also search for View 15+




Supreme Court of the United St... Federal Courthouse

United States Capitol Historical Landmark

Library of Congress Law Library

*Feedback*






**history** of the supreme court **justices**

supreme court **history timeline**

the **history** of the supreme court

supreme court **gift shop hours**

**history** of the supreme court **book**

**history** of the supreme court **building**

**what are** the **typical procedures** of the supreme court

supreme court **merchandise**

Gooooooooooogle ›

1 2 3 4 5 6 7 8 9 10 Next

20003 Washington DC - From your search history - Use precise location - Learn more

Help Send feedback Privacy Terms




11

1) Denial due to failure to exhaust state remedies,
2) 9th Judicial District Judge Jame B. Boyd still has the petitions on her desk - refused to schedule habeas corpus hearing
3) Rule of 4 - not followed April 13 2017 when my cases were reviewed Gorsuch was sworn in 4/7/017
4) Original jurisdiction between 2 states - DC?
5) Judicial Review of 2009 Matthew Shepard




The Supreme Court Historical Society



42nd Annual Lecture
June 5, 2017

President Emeritus John Sexton
*"Warren Burger, The Court, and Society"*
Supreme Court of the United States

Beth MARCOS @ Verizon.net
Will Archives - Community Living, Inc.
774 + 9.4 ... Ave, Wis. 940 ...
Penn Quarter



(614) 855-0123 (614) 855-2778



Derek A. Farmer
Attorney & Counselor at Law
"With God All Things Are Possible"

428 Beecher Rd.
Suite C
Columbus, Ohio 43230
Email:attorneyderekfarmer@yahoo.com

The Hate Crimes Act was passed by the U.S. House and Senate, signed by the President but not upheld or enforced by the Judicial Branch of the U.S. Government.

**OFFICER:** On the advice of counsel, I exercise my right to remain silent. I will follow your instructions, but I do NOT consent to any searches nor to remain here with you. Am I free to go? I want my lawyer. If you have any questions, call the lawyer on the other side of this card. Thank you.

---

Witness discussed the lack of enforcement of Hate Crimes Act of 2009, 18 USC 249 in the denial of my Habeas Corpus cases filed in good faith on the merits of false arrests, false testimony at plea bargain sentencing with alleged incompetent public defender and lack of jurisdiction of secular courts to adjudicate church disputes on gay rights and Religious Freedom. 1st Am.

EXHIBIT M